UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BODLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON CONSUMER INC.,<br><br>　　　　　Defendant. | Case No. 21-cv-07742-EMC<br><br>**JUDGMENT** |

On May 6, 2022, the Court Granted Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: May 6, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　United States District Judge